```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00823
    SHERISSE M HOLMES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0052


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/15/2008 and was not confirmed.

     The case was dismissed without confirmation 04/02/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT       INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
TIME WARNER CABLE        UNSECURED            438.51           .00          .00
T MOBILE                 UNSECURED            327.17           .00          .00
RMI/MCSI                 UNSECURED            250.00           .00          .00
US DEPT OF EDUCATION     UNSECURED          35296.82           .00          .00
AMERICREDIT FINANCIAL SV SECURED VEHIC      12823.00           .00          .00
PREMIER BANCARD CHARTER  UNSECURED            150.00           .00          .00
AMERICREDIT FINANCIAL SV UNSECURED            550.95           .00          .00
AURORA HEALTH CARE       UNSECURED            631.62           .00          .00
AMERICAS RECOVERY NETWOR UNSECURED         NOT FILED           .00          .00
AMERICOLLECT INC         UNSECURED         NOT FILED           .00          .00
AMERICOLLECT INC         UNSECURED         NOT FILED           .00          .00
BOB WATSON CHEVROLET     UNSECURED         NOT FILED           .00          .00
CAVALRY INVESTMENTS      UNSECURED         NOT FILED           .00          .00
CITY OF CHICAGO PARKING  UNSECURED         NOT FILED           .00          .00
CITY OF OAK PARK         UNSECURED         NOT FILED           .00          .00
COMCAST                  UNSECURED         NOT FILED           .00          .00
CREDIT MANAGEMENT CONT   UNSECURED         NOT FILED           .00          .00
CREDIT MANAGEMENT CONT   UNSECURED         NOT FILED           .00          .00
DIVERSIFIED SERVICE      UNSECURED         NOT FILED           .00          .00
EAGLE COLL               UNSECURED         NOT FILED           .00          .00
FFCC-COLUMBUS INC        UNSECURED         NOT FILED           .00          .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY         2,488.50                       .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 00823 SHERISSE M HOLMES
```

```
TRUSTEE COMPENSATION                                                        .00
DEBTOR REFUND                                                               .00
                                   ---------------     ---------------
TOTALS                                         .00                 .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 07/24/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                         PAGE   2
         CASE NO. 08 B 00823 SHERISSE M HOLMES